# Exhibit 5

## Exhibit 5: U.S. Patent No. 7,747,934

## I. Claims 1 and 10

<table>
<tr><th>Claims</th><th>Identification</th></tr>
<tr><td>1[pre]: A method for selecting a low-density parity-check (LDPC) code used for encoding variable sized data, the method comprising the steps of:</td><td>
To the extent the preamble is limiting, the Accused Products perform a method for selecting a low-density parity-check (LDPC) code used for encoding variable sized data.
The Accused Products implement LDPC, including selecting an LDPC code used for encoding variable sized data. Transmitting LDPC encoded data involves encoding variable sized data using LDPC.
For example, the IEEE 802.11 (2020) specification (“802.11 (2020)”) describes selecting an LDPC code used for encoding variable sized data. Citations to the 802.11(2020) specification are representative of 802.11n and later standards, including but not limited to 802.11ac-2013, 802.11ax-2021, and 802.11be-2024.
Ubiquiti provides instructions on how to start up and configure Wi-Fi access points implementing LDPC.
How to Set Up UniFi
UniFi OS is pre-installed on UniFi Consoles, streamlining the setup process so you can get your network up and running quickly. Although it is possible to self-host the UniFi Network Server or setup Access Points (APs) in Standalone Mode, these methods lack key advantages including automated backups, system updates, and more advanced software offerings.
https://help.ui.com/hc/en-us/articles/4416276882327-How-to-Set-Up-UniFi
For example, the Accused Products are WiFi Alliance certified for transmitting LDPC encoded data.
<table>
<tr><th>CID</th><th>Date of Last Certification</th><th>Product</th><th>Brand</th><th>Model Number</th></tr>
<tr><td>WFA131610</td><td>10/1/2024</td><td>UniFi Display Cast Lite</td><td>Ubiquiti Inc.</td><td>UC-Cast-Lite</td></tr>
<tr><td>WFA97394</td><td>3/27/2020</td><td>UniFi Access Point AC Mesh PRO</td><td>Ubiquiti Inc.</td><td>UAP-AC-M-PRO</td></tr>
<tr><td>WFA97340</td><td>3/27/2020</td><td>UniFi Access Point AC In-Wall</td><td>Ubiquiti Inc.</td><td>UAP-AC-IW</td></tr>
</table>
</td></tr>
</table>

| Claims | Identification |
|---|---|

| | | | | |
|---|---|---|---|---|
| WFA97339 | 3/25/2020 | UniFi Access Point AC Lite | Ubiquiti Inc. | UAP-AC-LITE |
| WFA80989 | 11/29/2018 | UniFi In-Wall HD | Ubiquiti Inc. | UAP-IW-HD |
| WFA65994 | 2/28/2020 | UniFi Access Point AC PRO | Ubiquiti Inc. | UAP-AC-PRO |
| WFA65994 | 11/8/2016 | UniFi Access Point AC PRO | Ubiquiti Inc. | UAP-AC-PRO |
| WFA96828 | 3/17/2020 | UniFi Access Point AC Mesh | Ubiquiti Inc. | UAP-AC-M |
| WFA79628 | 11/29/2018 | UniFi nanoHD | Ubiquiti Inc. | UAP-nanoHD |

https://www.wi-fi.org/product-finder?companies=732&certifications=241

The Accused Products implement LDPC. For example, the Accused Products listed below transmit a beacon frame indicating support for LDPC encoding.

AC-PRO
Unifi Express Gateway
U6-Lite
U6-Pro
U7-Pro

```
v Ext Tag: HE Capabilities
    Ext Tag length: 24 (Tag len: 25)
    Ext Tag Number: HE Capabilities (35)
  > HE MAC Capabilities Information: 0x10441a080001
  v HE PHY Capabilities Information
    > .... ...0 = Reserved: 0x0
    > 0000 000. = Channel Width Set: 0x00
    v Bits 8 to 23: 0xce20
        .... .... .... 0000 = Punctured Preamble Rx: 0x0
        .... .... ...0 .... = Device Class: Class B Device (0x0)
        .... .... ..1. .... = LDPC Coding In Payload: Supported
```

| Claims | Identification |
| --- | --- |
| | Source: Internal testing using Wireshark frame capture.<br><br>For example, Ubiquiti Wi-Fi 7 products listed below support LDPC encoding.<br><br>**36.1.1 Introduction to the EHT PHY**<br><br>An EHT STA shall support the following features:<br>— Transmission and reception of an EHT SU transmission.<br>— BCC coding (transmit and receive). BCC coding is only supported for EHT PPDUs where all of the following conditions are satisfied:<br>• The user is assigned an RU or MRU whose size is less than or equal to 242 tones.<br>• The number of spatial streams assigned to the user is less than or equal to 4.<br>• The user is assigned one of the EHT-MCSs 0–9, 15 within its supported MCS set.<br>— LDPC coding (transmit and receive) in all supported EHT PPDU types, RU and MRU sizes, and number of spatial streams if a STA satisfies any of the following conditions:<br><br>Source: IEEE 802.11be-2024. |

| Claims | Identification |
|---|---|
| | |



| E7 | E7 Campus | E7 Audience |
|---|---|---|
| 10G PoE uplink and a redundant GbE port for high availability in critical enterprise environments | Outdoor rugged IP67 design and PRISM™ active RF filtering technology - perfect for campuses | 1500+ client devices for high-densit environments like stadiums and arenas, with 6 GHz support |
| New | New | New |
| 250 x 250 x 43.5 mm (9.8 x 9.8 x 1.7") | Device: 250 x 250 x 45.5 mm (9.8 x 9.8 x 1.8")<br>Articulating mount: Ø104 x 149.4 (Ø4.1 x 5.9") | Device: 474.1 x 265.5 x 42.2 mm (18.7 x 10.5 x 1.7")<br>Bracket: 150.4 x 113.6 x 125 mm (5.9 x 4.5 x 4.9") |
| WiFi 7<br>Tri-radio 2.4 / 5 / 6 GHz<br>10 spatial streams | WiFi 7<br>Tri-radio 2.4 / 5 / 6* GHz<br>10 spatial streams | WiFi 7<br>Tri-radio 5 / 6 GHz<br>12 spatial streams |

### 4.3.13 High-throughput (HT) STA

An HT STA has PHY features consisting of the modulation and coding scheme (MCS) set described in 19.3.5 and physical layer (PHY) protocol data unit (PPDU) formats described in 19.1.4. Some PHY features that distinguish an HT STA from a non-HT STA are referred to as *multiple input, multiple output (MIMO)* operation; spatial multiplexing (SM); spatial mapping (including transmit beamforming); space-time block coding (STBC); low-density parity check (LDPC) encoding; and antenna selection (ASEL). The allowed PPDU formats are non-HT format, HT-mixed format, and HT-greenfield format (see 19.1.4). The PPDUs can be transmitted with 20 MHz bandwidth and might be transmitted with 40 MHz bandwidth.

| Claims | Identification |
|---|---|
| | **19.3.3 Transmitter block diagram**<br><br>c) *FEC encoders* encode the data to enable error correction. An FEC encoder may include a binary convolutional encoder followed by a puncturing device, or it may include a low-density parity check (LDPC) encoder.<br><br>**19.3.11.7.2 LDPC coding rates and codeword block lengths**<br><br>The supported coding rates, information block lengths, and codeword block lengths are described in Table 19-15.<br><br>**Table 19-15—LDPC parameters**<br><br>Coding rate (R) / LDPC information block length (bits) / LDPC codeword block length (bits):<br>1/2 / 972 / 1944<br>1/2 / 648 / 1296<br>1/2 / 324 / 648<br>2/3 / 1296 / 1944<br>2/3 / 864 / 1296<br>2/3 / 432 / 648<br>3/4 / 1458 / 1944<br>3/4 / 972 / 1296<br>3/4 / 486 / 648<br>5/6 / 1620 / 1944<br>5/6 / 1080 / 1296<br>5/6 / 540 / 648<br><br>**19.3.11.7.3 LDPC encoder**<br><br>For each of the three available codeword block lengths, the LDPC encoder supports rate 1/2, rate 2/3, rate 3/4, and rate 5/6 encoding. The LDPC encoder is systematic, i.e., it encodes an information block, c=($i_0$,$i_1$,..., $i_{(k-1)}$), of size $k$, into a codeword, **c**, of size $n$, **c**=($i_0$,$i_1$,... $i_{(k-1)}$, $p_0$, $p_1$,..., $p_{(n-k-1)}$), by adding $n-k$ parity bits obtained so that $\mathbf{H}\times\mathbf{c}^T = \mathbf{0}$, where **H** is an $(n-k)\times n$ parity-check matrix. The selection of the codeword block length ($n$) is achieved via the LDPC PPDU encoding process described in 19.3.11.7.5.<br><br>Source: 802.11(2020) specification. |

**Table 19-15—LDPC parameters**

| Coding rate (R) | LDPC information block length (bits) | LDPC codeword block length (bits) |
|---|---|---|
| 1/2 | 972 | 1944 |
| 1/2 | 648 | 1296 |
| 1/2 | 324 | 648 |
| 2/3 | 1296 | 1944 |
| 2/3 | 864 | 1296 |
| 2/3 | 432 | 648 |
| 3/4 | 1458 | 1944 |
| 3/4 | 972 | 1296 |
| 3/4 | 486 | 648 |
| 5/6 | 1620 | 1944 |
| 5/6 | 1080 | 1296 |
| 5/6 | 540 | 648 |

| Claims | Identification |
|---|---|
| | **21. Very high throughput (VHT) PHY specification**<br><br>**21.1 Introduction**<br><br>**21.1.1 Introduction to the VHT PHY**<br><br>Clause 21 specifies the PHY entity for a very high throughput (VHT) orthogonal frequency division multiplexing (OFDM) system operating in the 5 GHz band.<br><br>In addition to the requirements in Clause 21, a VHT STA shall be capable of transmitting and receiving PPDUs that are compliant with the mandatory PHY specifications defined in Clause 19 in the 5 GHz band.<br><br>The VHT PHY is based on the HT PHY defined in Clause 19, which in turn is based on the OFDM PHY<br><br>**21.3.10.5.4 LDPC coding**<br><br>For a VHT SU PPDU using LDPC coding to encode the Data field, the LDPC code and encoding process described in 19.3.11.7 shall be used with the following modifications. First, all bits in the Data field including the scrambled SERVICE, PSDU, and pad bits are encoded. Thus, $N_{pld}$ for VHT PPDUs shall be computed using Equation (21-61) instead of Equation (19-35).<br><br>$$N_{pld} = N_{SYM,init} N_{DBPS} \quad (21\text{-}61)$$<br><br>Source: 802.11(2020) specification. |
| 1[a] providing a plurality of LDPC codes of different codeword lengths and code rates; | The Accused Products provide a plurality of LDPC codes of different codeword lengths and code rates.<br><br>As shown above, the Accused Products implement 802.11 (e.g., 802.11ac/ax/be) and LDPC. *See* claim 1[pre]. As shown in the exemplary images below, the 802.11(2020) specification provides support for providing a plurality of LDPC codes of different codeword lengths and code rates. The Accused Products' implementation of 802.11ac/ax/be and LDPC indicates that the Accused Products provide a plurality of LDPC codes of different codeword lengths and code rates as provided by the 802.11(2020) specification. |

| Claims | Identification |
| --- | --- |
| | As one example, the Accused Products provide an LDPC code of a codeword length corresponding to a selected code rate for initial transmission of a packet and another LDPC code of a different codeword length corresponding to a lower code rate that is selected based on rate adaptation due to poor channel conditions for a retransmission of the same packet due to an initial transmission failure, where the initial transmission and the retransmission carry the same packet of data. |

| Claims | Identification |
|---|---|
| | **19.3.11.7.5 LDPC PPDU encoding process**<br><br>To encode an LDPC PPDU, step a) to step g) shall be performed in sequence:<br>a) Compute the number of available bits, $N_{avbits}$, in the minimum number of OFDM symbols in which the Data field of the packet may fit.<br><br>$N_{pld} = length \times 8 + 16$ (19-35)<br><br>$N_{avbits} = N_{CBPS} \times m_{STBC} \times \left\lceil \frac{N_{pld}}{N_{CBPS} \times R \times m_{STBC}} \right\rceil$ (19-36)<br><br>where<br>$m_{STBC}$ is 2 if STBC is used and 1 otherwise<br>*length* is the value of the HT Length field in the HT-SIG field defined in Table 19-11<br>$N_{pld}$ is the number of bits in the PSDU and SERVICE field<br>b) Compute the integer number of LDPC codewords to be transmitted, $N_{CW}$, and the length of the codewords to be used, $L_{LDPC}$ from Table 19-16.<br><br>**Table 19-16—PPDU encoding parameters** |

**Table 19-16—PPDU encoding parameters**

| Range of $N_{avbits}$ (bits) | Number of LDPC codewords ($N_{CW}$) | LDPC codeword length $L_{LDPC}$ (bits) |
|---|---|---|
| $N_{avbits} \leq 648$ | 1 | 1296, if $N_{avbits} \geq N_{pld} + 912 \times (1\text{-}R)$<br>648, otherwise |
| $648 < N_{avbits} \leq 1296$ | 1 | 1944, if $N_{avbits} \geq N_{pld} + 1464 \times (1\text{-}R)$<br>1296, otherwise |
| $1296 < N_{avbits} \leq 1944$ | 1 | 1944 |
| $1944 < N_{avbits} \leq 2592$ | 2 | 1944, if $N_{avbits} \geq N_{pld} + 2916 \times (1\text{-}R)$<br>1296, otherwise |
| $2592 < N_{avbits}$ | $\left\lceil \frac{N_{pld}}{1944 \cdot R} \right\rceil$ | 1944 |

<table>
<tr><th>Claims</th><th>Identification</th></tr>
<tr><td></td><td>

**19.3.11.7.2 LDPC coding rates and codeword block lengths**

The supported coding rates, information block lengths, and codeword block lengths are described in Table 19-15.

**Table 19-15—LDPC parameters**

<table>
<tr><th>Coding rate (R)</th><th>LDPC information block length (bits)</th><th>LDPC codeword block length (bits)</th></tr>
<tr><td>1/2</td><td>972</td><td>1944</td></tr>
<tr><td>1/2</td><td>648</td><td>1296</td></tr>
<tr><td>1/2</td><td>324</td><td>648</td></tr>
<tr><td>2/3</td><td>1296</td><td>1944</td></tr>
<tr><td>2/3</td><td>864</td><td>1296</td></tr>
<tr><td>2/3</td><td>432</td><td>648</td></tr>
<tr><td>3/4</td><td>1458</td><td>1944</td></tr>
<tr><td>3/4</td><td>972</td><td>1296</td></tr>
<tr><td>3/4</td><td>486</td><td>648</td></tr>
<tr><td>5/6</td><td>1620</td><td>1944</td></tr>
<tr><td>5/6</td><td>1080</td><td>1296</td></tr>
<tr><td>5/6</td><td>540</td><td>648</td></tr>
</table>

**19.3.11.7.3 LDPC encoder**

For each of the three available codeword block lengths, the LDPC encoder supports rate 1/2, rate 2/3, rate 3/4, and rate 5/6 encoding. The LDPC encoder is systematic, i.e., it encodes an information block, c=$(i_0,i_1,\ldots, i_{(k-1)})$, of size $k$, into a codeword, **c,** of size $n$, $\mathbf{c}=(i_0,i_1,\ldots\ i_{(k-1)},\ p_0, p_1,\ldots, p_{(n-k-1)})$, by adding $n–k$ parity bits obtained so that $\mathbf{H}\times\mathbf{c}^T = \mathbf{0}$, where **H** is an $(n–k)\times n$ parity-check matrix. The selection of the codeword block length ($n$) is achieved via the LDPC PPDU encoding process described in 19.3.11.7.5.

Source: 802.11(2020) specification.

</td></tr>
<tr><td>1[b] calculating a number of shortening Nshortened bits for each of the plurality of LDPC codes;</td><td>

The Accused Products calculate a number of shortening $N_{shortened}$ bits for each of the plurality of LDPC codes.

As shown above, the Accused Products implement 802.11 (e.g., 802.11ac/ax/be) and LDPC. *See* claim 1[pre]. As shown in the exemplary images below, the 802.11(2020) specification provides support for calculating a number

</td></tr>
</table>

| Claims | Identification |
| --- | --- |
| | of shortening $N_{shortened}$ bits for each of the plurality of LDPC codes. The Accused Products' implementation of 802.11ac/ax/be and LDPC indicates that the Accused Products calculate a number of shortening $N_{shortened}$ bits for each of the plurality of LDPC codes as provided by the 802.11(2020) specification.<br><br>Continuing with the earlier example, the Accused Products provide an LDPC code of a codeword length corresponding to a selected code rate for initial transmission of a packet and another LDPC code of a different codeword length corresponding to a lower code rate that is selected based on rate adaptation due to poor channel conditions for a retransmission of the same packet due to an initial transmission failure, where the initial transmission and the retransmission carry the same data packet. For each of the two LDPC codes, one is selected for initial transmission, and the other for retransmission, of the same packet. For each of the two LDPC codewords, a number of shortening $N_{shortened}$ bits is calculated. |

| Claims | Identification |
| --- | --- |
| | **19.3.11.7.5 LDPC PPDU encoding process**<br><br>To encode an LDPC PPDU, step a) through step g) shall be performed in sequence:<br><br>b) Compute the integer number of LDPC codewords to be transmitted, $N_{CW}$, and the length of the codewords to be used, $L_{LDPC}$ from Table 19-16.<br><br>c) Compute the number of shortening bits, $N_{shrt}$, to be padded to the $N_{pld}$ data bits before encoding, as shown in Equation (19-37).<br><br>$$N_{shrt} = \max(0, (N_{CW} \times L_{LDPC} \times R) - N_{pld}) \quad (19\text{-}37)$$<br><br>When $N_{shrt} = 0$, shortening is not performed. (Note that $N_{shrt}$ is inherently restricted to be non-negative due to the codeword length and count selection of 19-16). When $N_{shrt} > 0$, shortening bits shall be equally distributed over all $N_{CW}$ codewords with the first $N_{shrt}$ mod $N_{CW}$ codewords shortened 1 bit more than the remaining codewords.<br><br>d) Compute the number of bits to be punctured, $N_{punc}$, from the codewords after encoding, as shown in Equation (19-38).<br><br>The number of OFDM symbols to be transmitted in the PPDU is computed as shown in Equation (19-41).<br><br>$$N_{SYM} = N_{avbits} / N_{CBPS} \quad (19\text{-}41)$$<br><br>Source: 802.11(2020) specification. |
| 1[c] calculating a number of puncturing $N_{punctured}$ bits for each of the plurality of LDPC codes; | The Accused Products calculate a number of puncturing $N_{punctured}$ bits for each of the plurality of LDPC codes.<br><br>As shown above, the Accused Products implement 802.11 (e.g., 802.11ac/ax/be) and LDPC. *See* claim 1[pre]. As shown in the exemplary images below, the 802.11(2020) specification provides support for calculating a number of shortening $N_{shortened}$ bits for each of the plurality of LDPC codes. The Accused Products' implementation of |

<table>
<tr><th>Claims</th><th>Identification</th></tr>
<tr><td></td><td>802.11ac/ax/be and LDPC indicates that the Accused Products calculate a number of puncturing $N_{punctured}$ bits for each of the plurality of LDPC codes as provided by the 802.11(2020) specification.<br><br>Continuing with the earlier example, the Accused Products provide an LDPC code of a codeword length corresponding to a selected code rate for initial transmission of a packet and another LDPC code of a different codeword length corresponding to a lower code rate that is selected based on rate adaptation due to poor channel conditions for a retransmission of the same packet due to an initial transmission failure, where the initial transmission and the retransmission carry the same data packet. For each of the two LDPC codes, one is selected for initial transmission, and the other for retransmission of the same packet. For each of the two LDPC codewords, a number of puncturing $N_{punctured}$ bits is calculated.<br><br>19.3.11.7.5 LDPC PPDU encoding process<br><br>To encode an LDPC PPDU, step a) through step g) shall be performed in sequence:<br><br>d) Compute the number of bits to be punctured, $N_{punc}$, from the codewords after encoding, as shown in Equation (19-38).<br><br>The punctured bits shall be equally distributed over all $N_{CW}$ codewords with the first $N_{punc} \bmod N_{CW}$ codewords punctured 1 bit more than the remaining codewords.<br><br>Source: 802.11(2020) specification.</td></tr>
<tr><td>1[d] providing a performance criterion;</td><td>The Accused Products provide a performance criterion.<br><br>As shown above, the Accused Products implement 802.11 (e.g., 802.11ac/ax/be) and LDPC. See claim 1[pre]. As shown in the exemplary images below, the 802.11(2020) specification provides support for providing a performance criterion. The Accused Products' implementation of 802.11ac/ax/be and LDPC indicates that the Accused Products provide a performance criterion as provided by the 802.11(2020) specification.</td></tr>
</table>

| Claims | Identification |
|---|---|
| | **19.3.11.7.5 LDPC PPDU encoding process**<br><br>To encode an LDPC PPDU, step a) through step g) shall be performed in sequence:<br>d) Compute the number of bits to be punctured, $N_{punc}$, from the codewords after encoding, as shown in Equation (19-38).<br>$$N_{punc} = \max(0, (N_{CW} \times L_{LDPC}) - N_{avbits} - N_{shrt}) \quad (19\text{-}38)$$<br>If $\left((N_{punc} > 0.1 \times N_{CW} \times L_{LDPC} \times (1-R)) \text{ AND } \left(N_{shrt} < 1.2 \times N_{punc} \times \frac{R}{1-R}\right)\right)$ is true OR if $(N_{punc} > 0.3 \times N_{CW} \times L_{LDPC} \times (1-R))$ is true, increment $N_{avbits}$ and recompute $N_{punc}$ by the following two equations once:<br>$$N_{avbits} = N_{avbits} + N_{CBPS} \times m_{STBC} \quad (19\text{-}39)$$<br>$$N_{punc} = \max(0, (N_{CW} \times L_{LDPC}) - N_{avbits} - N_{shrt}) \quad (19\text{-}40)$$<br>The number of OFDM symbols to be transmitted in the PPDU is computed as shown in Equation (19-41).<br>$$N_{SYM} = N_{avbits} / N_{CBPS} \quad (19\text{-}41)$$<br><br>Source: 802.11(2020) specification. |
| 1[e] determining, in a computer processor, a selected LDPC code from the plurality of shortened LDPC codes and the plurality of punctured LDPC codes meeting the performance criterion; and | The Accused Products determine, in a computer processor, a selected LDPC code from the plurality of shortened LDPC codes and the plurality of punctured LDPC codes meeting the performance criterion.<br><br>As shown above, the Accused Products implement 802.11 (e.g., 802.11ac/ax/be) and LDPC. *See* claim 1[pre]. As shown in the exemplary images below, the 802.11(2020) specification determines, in a computer processor, a selected LDPC code from the plurality of shortened LDPC codes and the plurality of punctured LDPC codes |

| Claims | Identification |
|---|---|
| | meeting the performance criterion. Based on the Accused Products' implementation of 802.11ac/ax/be and LDPC, the Accused Products determine, in a computer processor, a selected LDPC code from the plurality of shortened LDPC codes and the plurality of punctured LDPC codes meeting the performance criterion as provided by the 802.11(2020) specification.<br><br>For example, when an initial transmission fails due to poor channel conditions, rate adaptation selects a different code and consequently a different codeword length to encode the same data packet for retransmission. Table 19-16 defines the available codes across coding rates from which the rate adaptation process selects. The initial failed transmission and the subsequent rate-adapted retransmission transmit the same data packet. |

| Claims | Identification |
| --- | --- |
| | **19.3.11.7.5 LDPC PPDU encoding process**<br><br>To encode an LDPC PPDU, step a) through step g) shall be performed in sequence:<br>d) Compute the number of bits to be punctured, $N_{punc}$, from the codewords after encoding, as shown in Equation (19-38).<br><br>$N_{punc} = \max(0, (N_{CW} \times L_{LDPC}) - N_{avbits} - N_{shrt})$ (19-38)<br><br>If $\left((N_{punc} > 0.1 \times N_{CW} \times L_{LDPC} \times (1-R)) \text{ AND } \left(N_{shrt} < 1.2 \times N_{punc} \times \frac{R}{1-R}\right)\right)$ is true OR if $(N_{punc} > 0.3 \times N_{CW} \times L_{LDPC} \times (1-R))$ is true, increment $N_{avbits}$ and recompute $N_{punc}$ by the following two equations once:<br><br>$N_{avbits} = N_{avbits} + N_{CBPS} \times m_{STBC}$ (19-39)<br><br>$N_{punc} = \max(0, (N_{CW} \times L_{LDPC}) - N_{avbits} - N_{shrt})$ (19-40)<br><br>The number of OFDM symbols to be transmitted in the PPDU is computed as shown in Equation (19-41).<br><br>$N_{SYM} = N_{avbits} / N_{CBPS}$ (19-41)<br><br>Source: 802.11(2020) specification. |
| 1[f] encoding data using the selected LDPC code. | The Accused Products encode data using the selected LDPC code.<br><br>As shown above, the Accused Products implement 802.11 (e.g., 802.11ac/ax/be) and implement LDPC. *See* claim 1[pre]. As shown in the exemplary images below, the 802.11(2020) specification provides support for encoding data using the selected LDPC code. The Accused Products' implementation of 802.11ac/ax/be and |

| Claims | Identification |
|---|---|
| | LDPC indicates that the Accused Products encode data using the selected LDPC code as provided by the 802.11(2020) specification.<br><br>**19.3.11.7.5 LDPC PPDU encoding process**<br><br>To encode an LDPC PPDU, step a) to step g) shall be performed in sequence:<br>a) Compute the number of available bits, $N_{avbits}$, in the minimum number of OFDM symbols in which the Data field of the packet may fit.<br><br>$N_{pld} = length \times 8 + 16$ (19-35)<br><br>$N_{avbits} = N_{CBPS} \times m_{STBC} \times \left\lceil \frac{N_{pld}}{N_{CBPS} \times R \times m_{STBC}} \right\rceil$ (19-36)<br><br>where<br>$m_{STBC}$ is 2 if STBC is used and 1 otherwise<br>*length* is the value of the HT Length field in the HT-SIG field defined in Table 19-11<br>$N_{pld}$ is the number of bits in the PSDU and SERVICE field<br>b) Compute the integer number of LDPC codewords to be transmitted, $N_{CW}$, and the length of the codewords to be used, $L_{LDPC}$ from Table 19-16.<br><br>**19.3.3 Transmitter block diagram**<br><br>c) *FEC encoders* encode the data to enable error correction. An FEC encoder may include a binary convolutional encoder followed by a puncturing device, or it may include a low-density parity check (LDPC) encoder. |

| Claims | Identification |
| --- | --- |
| | **I.2 Generating encoded DATA bits—LDPC example 1**<br>**I.2.1 General**<br>LDPC example 1 is similar to the BCC example. This example illustrates LDPC shortening, encoding, and puncturing of a single codeword.<br>Input TXVECTOR parameters for LDPC example 1:<br>— FEC_CODING = LDPC_CODING = 1 (LDPC encoder; not BCC)<br>— CH_BANDWIDTH = HT_CBW20 = 0 (CH_BANDWIDTH = 0 => 20 MHz)<br>— MCS = 4 (MCS = 4; 16-QAM; Coding rate = 3/4)<br>— Coding rate R = 3/4<br>— LENGTH = 100 octets (with 16-bit SERVICE field becomes 102 Octets = 816 bits to scramble and encode)<br>— STBC = 0 (STBC = 0 => OFF; m_STBC=1)<br><br>Source: 802.11(2020) specification. |
| 10[pre]. A device encoding data using a selected LDPC code obtained by: | To the extent the preamble is limiting, the Accused Products comprise a device for encoding data using a selected LDPC code.<br><br>*See* 1[pre] |
| 10 [a] providing a plurality of LDPC codes of different codeword lengths and code rates; | The Accused Products provide a plurality of LDPC codes of different codeword lengths and code rates.<br><br>*See* 1[a] |
| 10 [b] calculating a number of shortening $N_{shortened}$ bits for each of the plurality of LDPC codes; | The Accused Products calculate a number of shortening $N_{shortened}$ bits for each of the plurality of LDPC codes.<br><br>*See* 1[b] |
| 10 [c] calculating a number of puncturing $N_{punctured}$ bits for each of the plurality of LDPC codes; | The Accused Products calculate a number of puncturing $N_{punctured}$ bits for each of the plurality of LDPC codes.<br><br>*See* 1[c] |
| 10 [d] providing a performance criterion; | The Accused Products provide a performance criterion.<br><br>*See* 1[d] |

| Claims | Identification |
|---|---|
| 10 [e] determining a selected LDPC code from the plurality of shortened LDPC codes and the plurality of punctured LDPC codes meeting the performance; and | The Accused Products determine a selected LDPC code from the plurality of shortened LDPC codes and the plurality of punctured LDPC codes meeting the performance.<br><br>*See* 1[e] |
| 10 [f] providing the selected LDPC code. | The Accused Products provide the selected LDPC code.<br><br>*See* 1[f] |

| Accused Products |
|---|
| UC-Cast-Lite |
| UAP-AC-M-PRO |
| UAP-AC-IW |
| UAP-AC-LITE |
| UAP-IW-HD |
| UAP-AC-PRO |
| UAP-AC-M |
| UAP-nanoHD |
| Unifi Express Gateway |
| U6-Lite |
| U6-Pro |
| U7-Pro |
| E7 |
| E7 Campus |
| E7 Audience |