# Exhibit 6

**Exhibit 6: U.S. Patent No. 9,615,311**

## I. Claim 1

| Claims | Identification |
|---|---|
| 1[pre] A method in a wireless local area network (WLAN) for use in communicating 3rd Generation Partnership Project (3GPP) network information, the method comprising: | To the extent the preamble is limiting, Accused Products executed a method in a wireless local area network (WLAN) for use in communicating 3rd Generation Partnership Project (3GPP) network information.<br><br>For example, the following Accused Products executed a method in a wireless local area network (WLAN) for use in communicating 3rd Generation Partnership Project (3GPP) network information.<br><br>U6-Plus (Access Point U6 Plus)<br>AC-Pro (Access Point AC Pro)<br>U7-Pro (Access Point U7 Pro)<br><br>Ubiquiti provided instructions on how to start up and configure Wi-Fi access points for use in communicating 3rd Generation Partnership Project (3GPP) network information.<br><br>**How to Set Up UniFi**<br>UniFi OS is pre-installed on UniFi Consoles, streamlining the setup process so you can get your network up and running quickly. Although it is possible to self-host the UniFi Network Server or setup Access Points (APs) in Standalone Mode, these methods lack key advantages including automated backups, system updates, and more advanced software offerings.<br><br>https://help.ui.com/hc/en-us/articles/4416276882327-How-to-Set-Up-UniFi<br><br>Citations to the 802.11(2020) specification are representative of 802.11n and later standards, including but not limited to 802.11ac-2013, 802.11ax-2021, and 802.11be-2024.<br><br>IEEE 802.11 - 2020<br><br>**Part 11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications** |

<table>
<tr><th>Claims</th><th>Identification</th></tr>
<tr><td></td><td>
9.4.5.10 NAI Realm ANQP-element<br><br>
The NAI Realm ANQP-element provides a list of network access identifier (NAI) realms corresponding to SSPs or other entities whose networks or services are accessible via this AP; optionally included for each NAI realm is a list of one or more EAP Method subfields, which that NAI realm uses for authentication. The format of the NAI Realm ANQP-element is shown in Figure 9-804.<br><br>
11.22.3.3.1 General<br><br>
The ANQP request consists of one or more ANQP elements drawn from Table 9-331 having an element type of Q in Table 11-14 and shall be ordered by nondecreasing Info ID. A Query List ANQP-element included in an ANQP request is formed as described in 11.22.3.2.2. The ANQP request is transported in the Query Request field of GAS Request frames as described in 11.22.3.2.4.<br><br>
9.4.5.11 3GPP Cellular Network ANQP-element<br><br>
The 3GPP Cellular Network ANQP-element contains cellular information such as network advertisement information e.g., network codes and country codes to assist a non-AP STA in selecting an AP to access 3GPP networks. The format of the 3GPP Cellular Network ANQP-element is shown in Figure 9-809.
</td></tr>
</table>

| Claims | Identification |
| --- | --- |
| | **Passpoint Specification V3.3**<br><br>**2.1 Required AP capabilities**<br><br>When an AP indicates support for Passpoint, it shall support the following capabilities:<br><br>• WPA2/WPA3-Enterprise<br>• All EAP methods listed in Table 4<br>• The Interworking information element, including its Venue Info and Homogeneous Extended Service Set Identifie (HESSID) fields (defined in [2]); support for this element mandates support for the generic advertisement service (GAS)<br>• The Roaming Consortium information element; see [2]<br>• Setting the Interworking bit in the Extended Capabilities information element; see [2]<br>• The BSS Load element; see [2]. This element contains information on the current mobile device population and channel utilization in the BSS<br>• The ANQP-elements; see [2]:<br>  ▪ Internet Protocol (IP) address type availability<br>  ▪ Roaming Consortium<br>  ▪ Network Access Identifier (NAI) Realm<br>  ▪ 3GPP Cellular Network<br><br>As an example, the packet analysis for Unifi – AC Pro indicates that the Unifi – AC Pro communicates 3GPP network information in the GAS initial response. |

| Claims | Identification |
|---|---|
| | |




Source: Packet capture and analysis of AC Pro access point serial no. CCAK15LP2590T8

Source: Packet capture (May 5, 2025) and analysis of AC Pro access point serial no. CCAK15LP2590T8.

As another example, the packet analysis for Unifi – U6 Plus indicates that the Unifi – U6 Plus communicates 3GPP network information in the GAS initial response.

| Claims | Identification |
|---|---|
| | (see below) |




Source: Packet capture and analysis of U6 Plus access point serial no. OCEA14FOCA66

Source: Packet capture (May 5, 2025) and analysis of U6 Plus access point serial no. OCEA14FOCA66.

As an example, the packet analysis for Unifi – U7 Pro indicates that the Unifi – U7 Pro communicates 3GPP network information in the GAS initial response.

<table>
<tr><th>Claims</th><th>Identification</th></tr>
<tr><td></td><td>



Source: Packet capture and analysis of U7 Pro access point serial no. 28704ED19CEC

Source: Packet capture (May 5, 2025) and analysis of U7 Pro access point serial no. 28704ED19CEC.
</td></tr>
</table>

<table>
<tr><th>Claims</th><th>Identification</th></tr>
<tr><td>1[a][i] obtaining by the WLAN, cellular network information associated with and identifying at least one cellular network available for communication with a mobile communication device, the cellular network information indicating 3rd Generation Partnership Project (3GPP) network information,</td><td>
Accused Products obtained by the WLAN, cellular network information associated with and identifying at least one cellular network available for communication with a mobile communication device, the cellular network information indicating 3rd Generation Partnership Project (3GPP) network information.

IEEE 802.11 - 2020

**11.22.3 Interworking procedures: generic advertisement service (GAS)**

A GAS frame exchange may take place between two STAs; one STA transmits a GAS Query Request and the other STA transmits the GAS Query Response as described in 11.22.3.2. The advertisement protocol transported by the GAS is one of the query protocols in Table 9-237.

**8.4.4.11 3GPP Cellular Network ANQP-element**

The 3GPP Cellular Network ANQP-element contains cellular information such as network advertisement information e.g., network codes and country codes to assist a 3GPP non-AP STA in selecting an AP to access 3GPP networks. The format of the 3GPP Cellular Network ANQP-element is shown in Figure 8-422.




Figure 10-24—GAS message sequence with dot11GASPauseForServerResponse equal to true

Passpoint Specification V3.3
</td></tr>
</table>

| Claims | Identification |
|---|---|
| | **6.1 Discovery state procedures**<br>During the Discovery process the mobile device scans for Passpoint capable networks and performs a discovery ANQP-element exchange to determine the capabilities of these networks prior to IEEE 802.11 association. Passpoint capable networks are identified by the presence of the HS2.0 Indication element in the AP's Beacon and Probe Response frames.<br>**NOTE:** The mobile device can use the ANQP Domain ID in the HS2.0 Indication element, as well as implementation-specific methods, to reduce the number of GAS requests in order to use the medium more efficiently.<br><br>**B.1 Example 1: 3GPP Cellular Network and the Operator Friendly Name**<br>Example 1 in Figure 72 illustrates the possibility of including an ANQP Query List and a HS Query List in a single GAS Initial Request frame including a request for the 3GPP Cellular Network element and the Operator Friendly Name element.<br><br>Category / Public Action / Dialog Token / Advertisement Protocol element / Query Request length / Query Request<br>Octets: 1 / 1 / 1 / variable / 2 / variable<br><br>**Figure 72. GAS Initial Request frame (Action frame)**<br><br>As an example, the Unifi network server configures the cellular network information for the Unifi APs. |

| Claims | Identification |
|---|---|
| | Source: Unifi Network Controller GUI capture (May 5, 2025). |
| 1[a][ii] the cellular network information including first network | Accused Products obtained by the WLAN, cellular network information associated with and identifying at least one cellular network available for communication with a mobile communication device, the cellular network information indicating 3rd Generation Partnership Project (3GPP) network information, the cellular network information including |

| Claims | Identification |
|---|---|
| information which identifies a first cellular network, and the first network information including a Mobile Network Code (MNC) and a Mobile Country Code (MCC) which identifies the at least one cellular network; | first network information which identifies a first cellular network, and the first network information including a Mobile Network Code (MNC) and a Mobile Country Code (MCC) which identified the at least one cellular network.<br><br>**802.11-2020**<br>**9.4.5.11 3GPP Cellular Network ANQP-element**<br><br>The 3GPP Cellular Network ANQP-element contains cellular information such as network advertisement information e.g., network codes and country codes to assist a non-AP STA in selecting an AP to access 3GPP networks. The format of the 3GPP Cellular Network ANQP-element is shown in Figure 9-809.<br><br>Info ID \| Length \| Payload (optional)<br>Octets: 2 \| 2 \| variable<br><br>**Figure 9-809—3GPP Cellular Network ANQP-element format** |

| Claims | Identification |
| --- | --- |
| | Passpoint Specification V3.3<br>**E.3.2 ServerGroup element group**<br>An SP (cellular operator) is identified by its PLMN ID, which is the {MCC, MNC} duple. As a Passpoint operator may have billing agreements with many cellular operators, many SPPaymentChoice elements may be present in the BillingOptions element. A mobile device searches this list for a PLMN ID which matches the PLMN ID in the IMSI drawn from its (U)SIM; if there is an exact match, billing is possible for that user. Note that a given cellular operator may be identified by more than one PLMN ID.<br>**6.1.1 Home SP identification and connecting to Home SP hotspot**<br>When selecting a hotspot, a mobile device that is Passpoint Specification version 1.x capable[1] shall give preference to the connection to a hotspot operated by its home SP over a hotspot not operated by its home SP, except when overridden by user preferences.<br>When a Passpoint Specification version2.0 or higher capable mobile device selects a hotspot, it shall prefer a connection to a hotspot operated by its home SP over a hotspot not operated by its home SP, except when the choice is overridden by user preferences or by policy (see section 7 and PerProviderSubscription/Policy in section 8.1). An FQDN identifying the SP associated with a credential is provisioned in the mobile device.<br>**NOTE:** To identify its home SP a mobile device can use the domain name generated from the Home PLMN ID drawn from the IMSI in its (U)SIM (e.g., wlan.mnc<MNC>.mcc<MCC>.3gppnetwork.org, see [37]).<br>This parameter specifies the IMSI (International Mobile device Subscriber Identity) [43].<br>A mobile device having SIM/USIM credentials determines if it should be able to successfully authenticate to a Passpoint hotspot by comparing the MCC/MNC from its IMSI with the PLMN ID returned in the 3GPP Cellular Network ANQP-element (see subclause 9.4.5.11 of [2]). (A PLMN ID contains an MCC and MNC.) |

| Claims | Identification |
|---|---|
| | |

**3GPP TS 24.234 version 8.6.0**

# Annex A (normative): Definition of Generic Container

## A.3 PLMN List

The PLMN List information element is used by the network to indicate PLMNs that can be selected from the WLAN. The information element contains the PLMN identifiers..

| 8 | 7 | 6 | 5 | 4 | 3 | 2 | 1 | |
|---|---|---|---|---|---|---|---|---|
| PLMN List IEI | | | | | | | | octet 1 |
| ext | Length of PLMN List value contents | | | | | | | octet 2, 2a |
| Number of PLMNs | | | | | | | | octet 3 |
| PLMN information, PLMN 1 | | | | | | | | octet 4 |
| : | | | | | | | | |
| PLMN information, PLMN n | | | | | | | | octet n+3 |

**Figure 11.2.69.1: *PLMN List* information element**

The "Number of PLMNs" (octet 3) contains the number of PLMN information items in the list. Bit 8 of octet 3 is the most significant bit and bit 1 of octet 3 the least significant bit.

Coding of PLMN information for each PLMN is the following:

| 8 7 6 5 | 4 3 2 1 | |
|---|---|---|
| MCC digit 2 | MCC digit 1 | octet x+1 |
| MNC digit 3 | MCC digit 3 | octet x+2 |
| MNC digit 2 | MNC digit 1 | octet x+3 |

**Figure 11.2.69.2: *PLMN information* part of PLMN List information element**

As an example, the Unifi network server configured the cellular network information, an MNC, and an MCC for network identification.

| Claims | Identification |
|---|---|
| |   Source: Unifi Network Controller GUI capture (May 5, 2025). |
| 1[b][i] transmitting, from the WLAN to a mobile station, a generic container, wherein the generic container is defined by an IEEE 802.11 standard, content in the generic container is configured according to a 3GPP cellular standard, and the generic container comprises a container | Accused Products transmitted, from the WLAN to a mobile station, a generic container, wherein the generic container is defined by an IEEE 802.11 standard, content in the generic container is configured according to a 3GPP cellular standard, and the generic container comprised a container field and a version field adjacent to a length field. |

| Claims | Identification |
| --- | --- |
| field and a version field adjacent to a length field, | 802.11-2020<br>**11.22.3 Interworking procedures: generic advertisement service (GAS)**<br>A GAS frame exchange may take place between two STAs; one STA transmits a GAS Query Request and the other STA transmits the GAS Query Response as described in 11.22.3.2. The advertisement protocol transported by the GAS is one of the query protocols in Table 9-237.<br><br>**9.4.5.11 3GPP Cellular Network ANQP-element**<br>The Payload field is a variable length field and is a generic container. An example of the format and content is defined in Annex H of 3GPP TS 24.302.<br><br>**3GPP TS 24.234 version 8.6.0** |

| Claims | Identification |
| --- | --- |

## A.2 General structure

### A.2.1 Structure

The general structure of the Generic container




**Figure A.2.1-1 – Structure of IEEE 802.11u Generic Container**

### A.2.2 Generic container User Data (GUD)

Defines the protocol version of the Generic Container

00000000 Version 1

00000001

To

11111111 Reserved

### A.2.3 User Data Header Length (UDHL)

Defines the number of octet after the UDHL in the generic container.

## A.3 PLMN List

The PLMN List information element is used by the network to indicate PLMNs that can be selected from the WLAN. The information element contains the PLMN identifiers..

| Claims | Identification |
|---|---|
| | Passpoint Specification V3.3<br>**B.1 Example 1: 3GPP Cellular Network and the Operator Friendly Name**<br>Example 1 in Figure 72 illustrates the possibility of including an ANQP Query List and a HS Query List in a single GAS Initial Request frame including a request for the 3GPP Cellular Network element and the Operator Friendly Name element.<br>Table: Category / Public Action / Dialog Token / Advertisement Protocol element / Query Request length / Query Request; Octets: 1 / 1 / 1 / variable / 2 / variable<br>**Figure 72. GAS Initial Request frame (Action frame)**<br>As an example, the packet analysis for Unifi – AC Pro provides a GAS initial response to indicate a generic container field (PLMN), a version field (GUD), and a length field (UDHL). |

| | Category | Public Action | Dialog Token | Advertisement Protocol element | Query Request length | Query Request |
|---|---|---|---|---|---|---|
| Octets: | 1 | 1 | 1 | variable | 2 | variable |

| Claims | Identification |
| --- | --- |
| |  <br>Source: Packet capture and analysis of AC Pro access point<br><br>Source: Wireshark packet capture (May 5, 2025) and analysis of AC Pro access point. |

| Claims | Identification |
|---|---|
| | As an example, the packet analysis for Unifi – U6 Plus provides a GAS initial response to indicate a generic container field (PLMN), a version field (GUD), and a length field (UDHL).  Source: Packet capture and analysis of U6 Plus access point |

| Claims | Identification |
| --- | --- |
| | Source: Wireshark packet capture (May 5, 2025) and analysis of U6 Plus access point.<br><br>As an example, the packet analysis for Unifi – U7 Pro provides a GAS initial response to indicate a generic container field (PLMN), a version field (GUD), and a length field (UDHL). |

<table>
<tr><th>Claims</th><th>Identification</th></tr>
<tr><td></td><td>


<br>
Source: Packet capture and analysis of U7 Pro access point
<br><br>
Source: Wireshark packet capture (May 5, 2025) and analysis of U7 Pro access point.
</td></tr>
</table>

| Claims | Identification |
| --- | --- |
| 1[b][ii] the container field including at least one of: neighboring cellular channels or at least one MNC and MCC pair that indicates at least one 3GPP network, the at least one MNC/MCC pair for use by the mobile station to select a 3GPP network to access, | Accused Products transmitted, from the WLAN to a mobile station, a generic container, wherein the generic container is defined by an IEEE 802.11 standard, content in the generic container is configured according to a 3GPP cellular standard, and the generic container comprises a container field and a version field adjacent to a length field, the container field including at least one of: neighboring cellular channels or at least one MNC and MCC pair that indicates at least one 3GPP network, the at least one MNC/MCC pair for use by the mobile station to select a 3GPP network to access.<br><br>IEEE 802.11 - 2020<br><br>**11.22.3 Interworking procedures: generic advertisement service (GAS)**<br><br>A GAS frame exchange may take place between two STAs; one STA transmits a GAS Query Request and the other STA transmits the GAS Query Response as described in 11.22.3.2. The advertisement protocol transported by the GAS is one of the query protocols in Table 9-237.<br><br>**8.4.4.11 3GPP Cellular Network ANQP-element**<br><br>The 3GPP Cellular Network ANQP-element contains cellular information such as network advertisement information e.g., network codes and country codes to assist a 3GPP non-AP STA in selecting an AP to access 3GPP networks. The format of the 3GPP Cellular Network ANQP-element is shown in Figure 8-422. |

| Claims | Identification |
|---|---|
| | |

**3GPP TS 24.234 version 8.6.0**

# Annex A (normative): Definition of Generic Container

## A.3 PLMN List

The PLMN List information element is used by the network to indicate PLMNs that can be selected from the WLAN. The information element contains the PLMN identifiers..

| 8 | 7 | 6 | 5 | 4 | 3 | 2 | 1 | |
|---|---|---|---|---|---|---|---|---|
| PLMN List IEI | | | | | | | | octet 1 |
| ext | Length of PLMN List value contents | | | | | | | octet 2, 2a |
| Number of PLMNs | | | | | | | | octet 3 |
| PLMN information, PLMN 1 | | | | | | | | octet 4 |
| ⋮ | | | | | | | | |
| PLMN information, PLMN n | | | | | | | | octet n+3 |

**Figure 11.2.69.1: *PLMN List* information element**

The "Number of PLMNs" (octet 3) contains the number of PLMN information items in the list. Bit 8 of octet 3 is the most significant bit and bit 1 of octet 3 the least significant bit.

Coding of PLMN information for each PLMN is the following:

| 8 | 7 | 6 | 5 | 4 | 3 | 2 | 1 | |
|---|---|---|---|---|---|---|---|---|
| MCC digit 2 | | | | MCC digit 1 | | | | octet x+1 |
| MNC digit 3 | | | | MCC digit 3 | | | | octet x+2 |
| MNC digit 2 | | | | MNC digit 1 | | | | octet x+3 |

**Figure 11.2.69.2: *PLMN information* part of PLMN List information element**

As an example, the packet analysis for Unifi – AC Pro indicates that container field (PLMN) includes a pair of one MCC and one MNC for network selection.

| Claims | Identification |
|---|---|
| |  |



Source: Packet capture and analysis of AC Pro access point

Source: Wireshark packet capture (May 5, 2025) and analysis of AC Pro access point.

| Claims | Identification |
|---|---|
| | As another example, the packet analysis for Unifi – U6 Plus indicates that container field (PLMN) includes a pair of one MCC and one MNC for network selection. |




Source: Packet capture and analysis of U6 Plus access point

| Claims | Identification |
| --- | --- |
| | Source: Wireshark packet capture (May 5, 2025) and analysis of U6 Plus access point.<br><br>As another example, the packet analysis for Unifi – U7 pro indicates that container field (PLMN) includes a pair of one MCC and one MNC for network selection. |

<table>
<tr><th>Claims</th><th>Identification</th></tr>
<tr><td></td><td>


Source: Packet capture and analysis of U7 Pro access point<br><br>
Source: Wireshark packet capture (May 5, 2025) and analysis of U7 Pro access point.
</td></tr>
<tr><td>1[b][iii] the length field identifying a data length</td><td>Accused Products transmitted, from the WLAN to a mobile station, a generic container, wherein the generic container is defined by an IEEE 802.11 standard, content in the generic container is configured according to a 3GPP cellular</td></tr>
</table>

| Claims | Identification |
|---|---|
| of the container field, the version field identifying a version of the generic container, and | standard, and the generic container comprises a container field and a version field adjacent to a length field, the container field including at least one of: neighboring cellular channels or at least one MNC and MCC pair that indicates at least one 3GPP network, the at least one MNC/MCC pair for use by the mobile station to select a 3GPP network to access the length field identifying a data length of the container field, the version field identifying a version of the generic container.<br><br>**3GPP TS 24.234 version 8.6.0**<br>Annex A (normative):<br>Definition of Generic Container<br>...<br>A.2 General structure<br><br>A.2.1 Structure<br>The general structure of the Generic container<br><br>**Figure A.2.1-1 – Structure of IEEE 802.11u Generic Container**<br><br>A.2.2 Generic container User Data (GUD)<br>Defines the protocol version of the Generic Container<br><br>00000000 Version 1<br>00000001<br>To<br>11111111 Reserved<br><br>A.2.3 User Data Header Length (UDHL)<br>Defines the number of octet after the UDHL in the generic container. |

<table>
<tr><th>Claims</th><th>Identification</th></tr>
<tr><td>1[b][iv] wherein the content in the generic container is received from a network, and transmitting the generic container comprises transmitting the generic container in at least one of an extensible authentication protocol (EAP), an advertisement protocol, and a wireless application protocol (WAP).</td><td>Accused Products transmitted, from the WLAN to a mobile station, a generic container, wherein the generic container is defined by an IEEE 802.11 standard, content in the generic container is configured according to a 3GPP cellular standard, and the generic container comprises a container field and a version field adjacent to a length field, the container field including at least one of: neighboring cellular channels or at least one MNC and MCC pair that indicates at least one 3GPP network, the at least one MNC/MCC pair for use by the mobile station to select a 3GPP network to access the length field identifying a data length of the container field, the version field identifying a version of the generic container, wherein the content in the generic container is received from a network, and transmitting the generic container comprises transmitting the generic container in at least one of an extensible authentication protocol (EAP), an advertisement protocol, and a wireless application protocol (WAP).<br><br>IEEE 802.11 - 2020<br><br>9.4.2.92 Advertisement Protocol element<br><br>The Advertisement Protocol element contains information that identifies a particular advertisement protocol and its corresponding Advertisement Control. The Advertisement Protocol element format is shown in Figure 9-485.<br><br><table><tr><td></td><td>Element ID</td><td>Length</td><td>Advertisement Protocol Tuple List</td></tr><tr><td>Octets:</td><td>1</td><td>1</td><td>variable</td></tr></table><br>Figure 9-485—Advertisement Protocol element format</td></tr>
</table>

| Claims | Identification |
|---|---|
| | **Table 9-237—Advertisement protocol ID definitions** |

| Name | Value |
|---|---|
| Access network query protocol (ANQP) | 0 |
| MIS Information Service | 1 |
| MIS Command and Event Services Capability Discovery | 2 |
| Emergency Alert System (EAS) | 3 |
| Registered location query protocol (RLQP) | 4 |
| Reserved | 5–220 |
| Vendor Specific | 221 |
| Reserved | 222–255 |

| Claims | Identification |
|---|---|
| | <br>Figure 11-38—GAS frame sequence with dot11GASPauseForServerResponse equal to true |

| Claims | Identification |
|---|---|
| | Passpoint Specification V3.3<br>**Appendix B Example GAS Query using ANQP Query List and HS Query List (informative)**<br>This section provides example GAS queries describing how the Advertisement Protocol ANQP is transported in GAS frames.<br>**B.1 Example 1: 3GPP Cellular Network and the Operator Friendly Name**<br>Example 1 in Figure 72 illustrates the possibility of including an ANQP Query List and a HS Query List in a single GAS Initial Request frame including a request for the 3GPP Cellular Network element and the Operator Friendly Name element.<br><table><tr><td></td><td>Category</td><td>Public Action</td><td>Dialog Token</td><td>Advertisement Protocol element</td><td>Query Request length</td><td>Query Request</td></tr><tr><td>Octets:</td><td>1</td><td>1</td><td>1</td><td>variable</td><td>2</td><td>variable</td></tr></table>**Figure 72. GAS Initial Request frame (Action frame)**<br>The value of the Category field is set to 4 (indicating the Public category), per Table 9-47 in [2].<br>The value of the Public Action field is set to 10 (for GAS Initial Request), per Table 9-307 in [2].<br>The Dialog Token field is used for matching action responses with action requests when there are multiple concurrent action requests, per Figure 9-650 in [2].<br>The value of the Advertisement Protocol element uses the Advertisement Protocol ID of 0 (for ANQP), as defined in subclause 9.4.2.93 of [2].<br>As an example, the packet analysis for Unifi – AC Pro indicates that the Unifi – AC Pro transmits the generic container in the GAS Advertisement (ANQP) protocol. |

<table>
<tr><th>Claims</th><th>Identification</th></tr>
<tr><td></td><td>


<br>
Source: Wireshark packet capture (May 5, 2025) and analysis of AC Pro access point.
</td></tr>
</table>

<table>
<tr><th>Claims</th><th>Identification</th></tr>
<tr><td></td><td>
As another example, the packet analysis for Unifi – U6 Plus indicates that the Unifi – U6 Plus AP transmits the generic container in the GAS Advertisement (ANQP) protocol.




Source: Packet capture and analysis of U6 Plus access point
</td></tr>
</table>

| Claims | Identification |
|---|---|
| | Source: Wireshark packet capture (May 5, 2025) and analysis of U6 Plus access point.<br><br>As an example, the packet analysis for Unifi – U7 Pro indicates that the Unifi – U7 Pro transmits the generic container in the GAS Advertisement (ANQP) protocol. |

| Claims | Identification |
|---|---|
| |  |



Source: Packet capture and analysis of U7 Pro access point

Source: Wireshark packet capture (May 5, 2025) and analysis of U7 Pro access point.

| Accused Products |
|---|
| Unifi AC Pro |
| Unifi U6-Plus |
| Unifi U7-Pro |