# Exhibit 7

**Exhibit 7: U.S. Patent No. 9,615,383**

# I. Claim 7

| Claims | Identification |
|---|---|
| 7[pre] A method for an access point, the method comprising: | To the extent the preamble is limiting, the Accused Products execute a method for an access point.<br><br>For example, the following Accused Products execute a method for an access point.<br><br>U6-Pro<br>AC-Pro<br><br>The Accused Product execute a method of management frame quality of service (MFQ) policy configuration.<br><br>Citations to the 802.11(2020) specification are representative of 802.11n and later standards, including but not limited to 802.11ac-2013, 802.11ax-2021, and 802.11be-2024.<br><br>Ubiquiti provides instructions on how to start up and configure Wi-Fi access points implementing MFQ policy configuration.<br><br>**How to Set Up UniFi**<br><br>UniFi OS is pre-installed on UniFi Consoles, streamlining the setup process so you can get your network up and running quickly. Although it is possible to self-host the UniFi Network Server or setup Access Points (APs) in Standalone Mode, these methods lack key advantages including automated backups, system updates, and more advanced software offerings.<br><br>https://help.ui.com/hc/en-us/articles/4416276882327-How-to-Set-Up-UniFi<br><br>**3. Definitions, acronyms, and abbreviations**<br><br>**3.1 Definitions**<br>**access point (AP):** An entity that contains one station (STA) and provides access to the distribution system services, via the wireless medium (WM) for associated STAs. An AP comprises a STA and a distribution system access function (DSAF). |

| Claims | Identification |
|---|---|
| | **station (STA):** A logical entity that is a singly addressable instance of a medium access control (MAC) and physical layer (PHY) interface to the wireless medium (WM). |

**Table 9-153—Extended Capabilities field *(continued)***

| | | |
|---|---|---|
| 49 | QMFActivated | The STA sets the QMFActivated field to 1 when dot11QMFActivated is true and sets it to 0 otherwise. See 11.24. |

Source: IEEE 802.11(2020).

For example, the AC Pro access point (serial no. CCAK15LP2590T8) and U6 Pro access point (serial no. 28704E465C65) transmit a beacon frame indicating bit 49 in Extended Capabilities is set to 1.

```
        .1.. .... = WNM Notification: Supported
        0... .... = QAB Capability: 0x0
    ⌄ Extended Capabilities: 0x6b (octet 7)
        .... ...1 = UTF-8 SSID: Supported
        .... ..1. = QMF Activated: True
        .... .0.. = QMF Reconfiguration Activated: False
        .... 1... = Robust AV Streaming: True
        ...0 .... = Advanced GCR: False
        ..1. .... = Mesh GCR: True
        .1.. .... = SCS: True
        0... .... = QLoad Report: False
    ⌄ Extended Capabilities: 0x49 (octet 8)
        .... ...1 = Alternate EDCA: True
```

Source: Wireshark trace of ACPro access point (serial no. CCAK15LP2590T8).

| Claims | Identification |
|---|---|
| | .1.. .... = WNM Notification: Supported<br>0... .... = QAB Capability: 0x0<br>Extended Capabilities: 0x6b (octet 7)<br>.... ...1 = UTF-8 SSID: Supported<br>.... ..1. = QMF Activated: True<br>.... .0.. = QMF Reconfiguration Activated: False<br>.... 1... = Robust AV Streaming: True<br>...0 .... = Advanced GCR: False<br>..1. .... = Mesh GCR: True<br>.1.. .... = SCS: True<br>0... .... = QLoad Report: False<br>Extended Capabilities: 0x49 (octet 8)<br>.... ...1 = Alternate EDCA: True<br><br>Source: Wireshark trace of U6 Pro access point (serial no. 28704E465C65). |
| 7[a] receiving, from a wireless station, a management frame quality of service (MFQ) policy configuration request requesting a change in a MFQ policy used to transmit management frames between the wireless station and the access point; and | The Accused Products receive, from a wireless station, a management frame quality of service (MFQ) policy configuration request requesting a change in a MFQ policy used to transmit management frames between the wireless station and the access point.<br><br>**11.24.2 QMF policy advertisement and configuration procedures**<br><br>**11.24.2.1 Overview**<br><br>QMF policies are exchanged and implemented between two QMF STAs. A STA's QMF policy is advertised and exchanged using the QMF Policy element described in 9.4.2.119.<br><br>A non-AP QMF STA operating in a BSS shall not transmit a QMF Policy frame to an AP.<br><br>The access category for a QMF that is transmitted by a non-AP QMF STA to a peer QMF STA shall be determined from the QMF policy received from the peer if a QMF policy has been received from the peer. Otherwise, the default policy shall be used. The access category for a QMF that is transmitted by a QMF AP is determined from the QMF policy configured at that AP.<br><br>In a BSS or MBSS, the access category for any Management frame may be reconfigured. For example, vendor-specific and vendor-specific protected Management frames might be reconfigured to suit the vendor application requirements. |

| Claims | Identification |
|---|---|
| | **11.24.2.2 QMF policy change in an infrastructure BSS or in an MBSS**<br><br>A QMF Policy Change frame is transmitted by a QMF STA to request a change to the QMF policy that the requesting QMF STA will use for transmitting Management frames to the peer QMF STA in an infrastructure BSS or in an MBSS.<br><br>A STA may transmit a QMF Policy Change frame to request a change in the QMF policy for transmitting to a peer STA. A non-AP QMF STA that receives a QMF Policy Change frame may either accept or reject the request. An associated non-AP QMF STA may transmit a QMF Policy Change to the QMF AP in its BSS only if the Extended Capabilities element received from the AP has its QMFReconfigurationActivated subfield equal to 1. If the AP rejects the request, the associated QMF STA shall not request the same policy reconfiguration from the AP during the lifetime of its association.<br><br>Source: IEEE 802.11(2020). |
| 7[b] transmitting, by the access point a MFQ policy configuration response, wherein the MFQ policy configuration response includes a MFQ policy element and a status code, wherein the status code indicates whether the access point has accepted or rejected the change in the MFQ policy; | The Accused Products transmit, by the access point a MFQ policy configuration response, wherein the MFQ policy configuration response includes a MFQ policy element and a status code, wherein the status code indicates whether the access point has accepted or rejected the change in the MFQ policy. |

<table>
<tr><th>Claims</th><th>Identification</th></tr>
<tr><td></td><td>
9.6.7.18 QMF Policy frame format<br><br>
The QMF Policy frame is transmitted by a requesting STA to a receiving STA with the included QMF policy. It is either sent unsolicited by the requesting STA or in response to a QMF Policy Change frame from a receiving STA. The format of the Action field of the QMF Policy frame is shown in Figure 9-883.<br><br>
<table>
<tr><td></td><td>Category</td><td>Public Action</td><td>Dialog Token</td><td>Status Code</td><td>QMF Policy element (optional)</td></tr>
<tr><td>Octets:</td><td>1</td><td>1</td><td>1</td><td>2</td><td>0 or 3-257</td></tr>
</table>
Figure 9-883—QMF Policy frame Action field contents<br><br>
The Category field is defined in 9.4.1.11.<br><br>
The Public Action field is defined in 9.6.7.1.<br><br>
The Dialog Token field is set to the value in the corresponding QMF Policy Change frame. If the QMF Policy frame is not being transmitted in response to a QMF Policy Change frame, then the Dialog Token field is set to 0.<br><br>
The Status Code field is defined in Table 9.4.1.9.<br><br>
The QMF Policy element is set as described in 9.4.2.119. It indicates the new access categories configured for Management frame(s). This field is included if the Status Code is SUCCESS and this frame is not being transmitted in response to a QMF Policy Change frame, and optionally included if the Status Code is REQUEST_DECLINED.
</td></tr>
</table>

| Claims | Identification |
|---|---|
| | **11.24.2.2 QMF policy change in an infrastructure BSS or in an MBSS**<br><br>A QMF Policy Change frame is transmitted by a QMF STA to request a change to the QMF policy that the requesting QMF STA will use for transmitting Management frames to the peer QMF STA in an infrastructure BSS or in an MBSS.<br><br>A STA may transmit a QMF Policy Change frame to request a change in the QMF policy for transmitting to a peer STA. A non-AP QMF STA that receives a QMF Policy Change frame may either accept or reject the request. An associated non-AP QMF STA may transmit a QMF Policy Change to the QMF AP in its BSS only if the Extended Capabilities element received from the AP has its QMFReconfigurationActivated subfield equal to 1. If the AP rejects the request, the associated QMF STA shall not request the same policy reconfiguration from the AP during the lifetime of its association.<br><br>An AP shall respond to a QMF Policy Change frame received from an associated STA by transmitting a QMF Policy frame. If the QMFReconfigurationActivated subfield is zero in the Extended Capabilities element in the Beacon frame, an AP that receives a QMF Policy Change frame from an associated STA shall respond with a QMF Policy frame, with Status Code set to REQUEST_DECLINED. If the QMFReconfigurationActivated subfield is 1 in the Extended Capabilities element in the Beacon frame, an AP that receives a QMF Policy Change frame from an associated STA shall evaluate the QMF Policy included in the frame, and shall respond to the request with the resulting QMF Policy element and Status Code set to SUCCESS if it accepts the policy change, or REQUEST_DECLINED if it rejects the policy change. A QMF AP may transmit a QMF Policy<br><br>frame with Status Code set to SUCCESS to an associated QMF STA without having first received a QMF Policy Change frame from that STA.<br><br>Source: IEEE 802.11(2020). |
| 7[c] receiving any subsequent management frames from the wireless station transmitted in accordance with the | The Accused Products receive any subsequent management frames from the wireless station transmitted in accordance with the change to the MFQ policy when the status code indicates that the access point has accepted the change in the MFQ policy. |

| Claims | Identification |
|---|---|
| change to the MFQ policy when the status code indicates that the access point has accepted the change in the MFQ policy; and | **11.24.2.2 QMF policy change in an infrastructure BSS or in an MBSS**<br><br>A QMF Policy Change frame is transmitted by a QMF STA to request a change to the QMF policy that the requesting QMF STA will use for transmitting Management frames to the peer QMF STA in an infrastructure BSS or in an MBSS.<br><br>A STA may transmit a QMF Policy Change frame to request a change in the QMF policy for transmitting to a peer STA. A non-AP QMF STA that receives a QMF Policy Change frame may either accept or reject the request. An associated non-AP QMF STA may transmit a QMF Policy Change to the QMF AP in its BSS only if the Extended Capabilities element received from the AP has its QMFReconfigurationActivated subfield equal to 1. If the AP rejects the request, the associated QMF STA shall not request the same policy reconfiguration from the AP during the lifetime of its association.<br><br>…<br><br>If an accept status is received in a QMF Policy frame within dot11QMFPolicyChangeTimeout of having transmitted a QMF Policy Change frame with the same dialog token to the STA that transmitted the QMF Policy frame, then the requesting QMF STA shall transmit any subsequently queued Management frames to the peer QMF STA in accordance with the changes to the QMF policy that were indicated in the QMF Policy Change frame.<br><br>Source: IEEE 802.11(2020). |
| 7[d] receiving management frames from the wireless station transmitted in accordance with a previously configured MFQ policy when the status code indicates that the access point has rejected the change in the MFQ policy. | The Accused Products receive management frames from the wireless station transmitted in accordance with a previously configured MFQ policy when the status code indicates that the access point has rejected the change in the MFQ policy. |

| Claims | Identification |
|---|---|
| | **11.24.2.2 QMF policy change in an infrastructure BSS or in an MBSS**<br><br>A QMF Policy Change frame is transmitted by a QMF STA to request a change to the QMF policy that the requesting QMF STA will use for transmitting Management frames to the peer QMF STA in an infrastructure BSS or in an MBSS.<br><br>A STA may transmit a QMF Policy Change frame to request a change in the QMF policy for transmitting to a peer STA. A non-AP QMF STA that receives a QMF Policy Change frame may either accept or reject the request. An associated non-AP QMF STA may transmit a QMF Policy Change to the QMF AP in its BSS only if the Extended Capabilities element received from the AP has its QMFReconfigurationActivated subfield equal to 1. If the AP rejects the request, the associated QMF STA shall not request the same policy reconfiguration from the AP during the lifetime of its association.<br><br>…<br><br>If a reject status is received in a QMF Policy frame within dot11QMFPolicyChangeTimeout of having transmitted a QMF Policy Change frame with the same dialog token to the STA that transmitted the QMF Policy frame as a response to a QMF Policy Change frame, then the configuration change request is rejected and the requesting QMF STA shall continue to transmit Management frames to the peer QMF STA in accordance with the previously configured QMF policy. The requesting QMF STA shall not transmit a QMF Policy Change frame with a previously rejected QMF policy to a peer QMF STA within dot11QMFPolicyChangeTimeout from the time the requesting STA received the rejection frame.<br><br>Source: IEEE 802.11(2020). |

| Accused Products |
|---|
| Unifi AC Pro |
| Unifi U6-Plus |