# Exhibit 8

# **Exhibit 8: U.S. Patent No. 10,778,989**

## I. Claim 10

| Claims | Identification |
|---|---|
| 10[pre] A method of encoding an image in a video or image encoder to produce a bitstream, the method comprising: | To the extent the preamble is limiting, the Accused Products perform the claimed method of encoding an image in a video or image decoder to produce a bitstream.<br><br>For example, the Accused Products (Ubiquiti G6 series cameras running firmware 5.0.100) support AV1 encoding.<br><br>**UniFi Protect Cameras 5.0.100**<br>12.53K views · 34 replies · Edited a year ago · Activity a year ago<br><br>**Overview**<br>UniFi Protect Cameras 5.0.100 includes the improvements and bugfixes listed below.<br><br>**Improvements**<br>• Improved Face Recognition.<br>• Improved License Plate Recognition.<br>• [G6 Series] Added support for AV1 Codec.<br>• [AI Series] Added support for Hallway Mode.<br>• [AI] Added support for object idle time.<br><br>https://community.ui.com/releases/UniFi-Protect-Cameras-5-0-100/d4c3c800-a466-424d-b061-cd8c516bc6ad<br><br>Ubiquiti's Unifi Protect enables the cameras for Advanced (AV1) encoding. |

| Claims | Identification |
|---|---|
| | <br><br><br>https://www.reddit.com/r/Ubiquiti/comments/1ndhv5h/advanced_encoding/<br><br>The AV1 encoding process is the inverse of the AV1 decoding process.<br><br>**AV1 Bitstream & Decoding Process Specification**<br>*Last modified: 2019-01-08 11:48 PT*<br><br>**1. Scope**<br>This document specifies the Alliance for Open Media AV1 bitstream formats and decoding process.<br><br>https://aomediacodec.github.io/av1-spec/av1-spec.pdf |
| 1[a] selecting a mode for a current block, the current block having a plurality of neighboring reference samples from an adjacent block, wherein the mode is associated with a prediction function; | The Accused Products select a mode for a current block, the current block having a plurality of neighboring reference samples from an adjacent block, wherein the mode is associated with a prediction function. In AV1, syntax elements are included in the bitstream to control the decoding process which indicate the prediction mode and the associated prediction function. For example, FILTER_V_PRED mode can be used to predict pixel values. The adjacent block is indicated by "y-1" or "x+1". *See, for example*: |

<table>
<tr><th>Claims</th><th>Identification</th></tr>
<tr><td></td><td>

## 2. Terms and definitions

For the purposes of this document, the following terms and definitions apply:

...

**Mode info**

Syntax elements sent for a block containing an indication of how a block is to be predicted during the decoding process.

### 6.10.23. Filter intra mode info semantics

**use_filter_intra** is a bit specifying whether or not intra filtering can be used.

**filter_intra_mode** specifies the type of intra filtering, and can take on any of the following values:

| filter_intra_mode | Name of filter_intra_mode |
|---|---|
| 0 | FILTER_DC_PRED |
| 1 | FILTER_V_PRED |
| 2 | FILTER_H_PRED |
| 3 | FILTER_D157_PRED |
| 4 | FILTER_PAETH_PRED |

### 7.11.2. Intra prediction process

#### 7.11.2.1. General

The intra prediction process is invoked for intra coded blocks to predict a part of the block corresponding to a transform block. When the transform size is smaller than the block size, this process can be invoked multiple times within a single block for the same plane, and the invocations are in raster order within the block.

...

- AboveRow[ i ] is set equal to CurrFrame[ plane ][ y-1 ][ Min(aboveLimit, x+i) ].

...

The process makes use of the already reconstructed samples in the current frame CurrFrame to form a prediction for the current block.

https://aomediacodec.github.io/av1-spec/av1-spec.pdf

</td></tr>
</table>

<table>
<tr><th>Claims</th><th>Identification</th></tr>
<tr>
<td>1[b] selecting a template from among a plurality of templates based on a traversing order, wherein the template specifies relative locations of three or more nearby pixels to be used as inputs to the prediction function for a particular pixel;</td>
<td>
6.10.23. Filter intra mode info semantics<br><br>
use_filter_intra is a bit specifying whether or not intra filtering can be used.<br><br>
filter_intra_mode specifies the type of intra filtering, and can take on any of the following values:<br>
<table>
<tr><th>filter_intra_mode</th><th>Name of filter_intra_mode</th></tr>
<tr><td>0</td><td>FILTER_DC_PRED</td></tr>
<tr><td>1</td><td>FILTER_V_PRED</td></tr>
<tr><td>2</td><td>FILTER_H_PRED</td></tr>
<tr><td>3</td><td>FILTER_D157_PRED</td></tr>
<tr><td>4</td><td>FILTER_PAETH_PRED</td></tr>
</table>
7.11.2.3. Recursive intra prediction process<br><br>
The inputs to this process are:<br>
• a variable w specifying the width of the region to be predicted,<br>
• a variable h specifying the height of the region to be predicted.<br><br>
The output of this process is a 2D array named pred containing the intra predicted samples.<br><br>
For each block of 4x2 samples, this process first prepares an array p of 7 neighboring samples, and then produces the output block by filtering this array.<br><br>
The variable w4 is set equal to w >> 2.<br><br>
The variable h2 is set equal to h >> 1.<br><br>
The following steps apply for i2 = 0..h2-1, for j4 = 0..w4-1:<br>
• The array p is derived as follows for i = 0..6:<br>
◦ If i is less than 5, p[ i ] is derived as follows:<br>
▪ If i2 is equal to 0, p[ i ] is set equal to AboveRow[ ( j4 << 2 ) + i - 1 ].<br><br>
<pre>
Intra_Filter_Taps[ INTRA_FILTER_MODES ]
  {
    { -6, 10, 0, 0, 0, 12, 0 },
    { -5, 2, 10, 0, 0, 9, 0 },
    { -3, 1, 1, 10, 0, 7, 0 },
    { -3, 1, 1, 2, 10, 5, 0 },
    { -4, 6, 0, 0, 0, 2, 12 },
    { -3, 2, 6, 0, 0, 2, 9 },
    { -3, 2, 2, 6, 0, 2, 7 },
    { -3, 1, 2, 2, 6, 3, 5 },


    { -10, 16, 0, 0, 0, 10, 0 },
    { -6, 0, 16, 0, 0, 6, 0 },
    { -4, 0, 0, 16, 0, 4, 0 },
    { -2, 0, 0, 0, 16, 2, 0 },
    { -10, 16, 0, 0, 0, 0, 10 },
    { -6, 0, 16, 0, 0, 0, 6 },
    { -4, 0, 0, 16, 0, 0, 4 },
    { -2, 0, 0, 0, 16, 0, 2 },
</pre>
Page 407 of AV1 spec<br><br>
The Accused Products select a template from among a plurality of templates based on a traversing order, wherein the template specifies relative locations of three or more nearby pixels to be used as inputs to the prediction function for a particular pixel. For example, using V_PRED mode as an example, a traversing order of horizontal raster scans within 4x2 blocks and a template using three nearby pixels as inputs is selected from eight templates to predict a particular pixel. See, for example: https://aomediacodec.github.io/av1-spec/av1-spec.pdf.
</td>
</tr>
<tr>
<td>1[c] constructing a predicted block of predicted pixels for the current block, wherein constructing includes selecting the traversing order according to the mode selected for the current block and, in the traversing order,</td>
<td>The Accused Products construct a predicted block of predicted pixels for the current block, wherein constructing includes selecting the traversing order according to the mode selected for the current block and, in the traversing order. For example, when the V_PRED mode is decoded from the bitstream, the process of section 7.11.2.3 is executed. The process determines the traversing order within the 4x2 blocks. A predicted block is constructed based on the traversing order. See, for example:</td>
</tr>
</table>

| Claims | Identification |
|---|---|
| | **7.11.2. Intra prediction process**<br>**7.11.2.1. General**<br>The intra prediction process is invoked for intra coded blocks to predict a part of the block corresponding to a transform block. When the transform size is smaller than the block size, this process can be invoked multiple times within a single block for the same plane, and the invocations are in raster order within the block.<br>…<br>A 2D array named pred containing the intra predicted samples is constructed as follows:<br>• If plane is equal to 0 and use_filter_intra is true, the recursive intra prediction process specified in section 7.11.2.3 is invoked with w and h as inputs, and the output is assigned to pred.<br><br>https://aomediacodec.github.io/av1-spec/av1-spec.pdf |
| 1[d] determining at least some of the predicted pixels based on the prediction function and the template with one or more of the neighboring reference samples as inputs to the prediction function, and | The Accused Products determine at least some of the predicted pixels based on the prediction function and the template with one or more of the neighboring reference samples as inputs to the prediction function. For example, predicted pixels are based on the prediction function and pixel values drawn from AboveRow[ ] and LeftCol[ ] which are neighboring reference pixels. *See, for example*: |

<table>
<tr><th>Claims</th><th>Identification</th></tr>
<tr><td></td><td>
<h3>7.11.2.3. Recursive intra prediction process</h3>
The inputs to this process are:
<ul>
<li>a variable w specifying the width of the region to be predicted,</li>
<li>a variable h specifying the height of the region to be predicted.</li>
</ul>
The output of this process is a 2D array named pred containing the intra predicted samples.
For each block of 4x2 samples, this process first prepares an array p of 7 neighboring samples, and then produces the output block by filtering this array.
The variable w4 is set equal to w >> 2.
The variable h2 is set equal to h >> 1.
The following steps apply for i2 = 0..h2-1, for j4 = 0..w4-1:
<ul>
<li>The array p is derived as follows for i = 0..6:
<ul>
<li>If i is less than 5, p[ i ] is derived as follows:
<ul>
<li>If i2 is equal to 0, p[ i ] is set equal to AboveRow[ ( j4 << 2 ) + i - 1 ].</li>
<li>Otherwise, if j4 is equal to 0 and i is equal to 0, p[ i ] is set equal to LeftCol[ ( i2 << 1 ) - 1 ].</li>
<li>Otherwise, p[ i ] is set equal to pred[ ( i2 << 1 ) - 1 ][ ( j4 << 2 ) + i - 1 ].</li>
</ul></li>
<li>Otherwise (i is greater than or equal to 5), p[ i ] is derived as follows:
<ul>
<li>If j4 is equal to 0, p[ i ] is set equal to LeftCol[ ( i2 << 1 ) + i - 5 ].</li>
<li>Otherwise (j4 is not equal to 0), p[ i ] is set equal to pred[ ( i2 << 1 ) + i - 5 ][ ( j4 << 2 ) - 1 ].</li>
</ul></li>
</ul></li>
</ul>
https://aomediacodec.github.io/av1-spec/av1-spec.pdf
</td></tr>
<tr><td>1[e] determining at least some other of the predicted pixels based on the prediction function and the template with the at least some of the predicted pixels as inputs;</td><td>The Accused Products determine at least some other of the predicted pixels based on the prediction function and the template with the at least some of the predicted pixels as inputs. See, for example:</td></tr>
</table>

| Claims | Identification |
|---|---|
| | 7.11.2.3. Recursive intra prediction process<br><br>...<br><br>• Otherwise, if j4 is equal to 0 and i is equal to 0, p[ i ] is set equal to LeftCol[ ( i2 << 1 ) - 1 ].<br>• Otherwise, p[ i ] is set equal to pred[ ( i2 << 1 ) - 1 ][ ( j4 << 2 ) + i - 1 ].<br>◦ Otherwise (i is greater than or equal to 5), p[ i ] is derived as follows:<br>• If j4 is equal to 0, p[ i ] is set equal to LeftCol[ ( i2 << 1 ) + i - 5 ].<br>• Otherwise (j4 is not equal to 0), p[ i ] is set equal to pred[ ( i2 << 1 ) + i - 5 ][ ( j4 << 2 ) - 1 ].<br>• The following steps apply for i1 = 0..1, j1 = 0..3:<br>◦ The variable pr is set equal to 0.<br>◦ The variable pr is incremented by Intra_Filter_Taps[ filter_intra_mode ][ ( i1 << 2 ) + j1 ][ i ] * p[ i ] for i = 0..6.<br>◦ pred[ ( i2 << 1 ) + i1 ][ ( j4 << 2 ) + j1 ] is set equal to Clip1( Round2Signed( pr, INTRA_FILTER_SCALE_BITS ) ).<br><br>The output of the process is the array pred.<br><br>https://aomediacodec.github.io/av1-spec/av1-spec.pdf |
| 1[f] determining residual data as the difference between the current block and the predicted block; and<br>1[g] encoding the residual data and the selected mode for output as a portion of the bitstream. | The Accused Products determine residual data as the difference between the current block and the predicted block and encode the residual data and the selected mode for output as a portion of the bitstream. *See, for example*: |

<table>
<tr><th>Claims</th><th>Identification</th></tr>
<tr><td></td><td>
<h2>7.13.3. 2D inverse transform process</h2>
This process performs a 2D inverse transform for an array of coefficients stored in the 2D array Dequant. The output is placed in the 2D array Residual.
<h2>7.12.3. Reconstruct process</h2>
The reconstruct process is invoked to perform dequantization, inverse transform and reconstruction. This process is triggered at a point defined by a function call to reconstruct in the transform block syntax table described in section 5.11.35.
The inputs to this process are:
<ul>
<li>a variable plane specifying which plane is being reconstructed,</li>
<li>variables x and y specifying the location of the top left sample in the CurrFrame[ plane ] array of the current transform block,</li>
<li>a variable txSz, specifying the size of the transform block.</li>
</ul>
The outputs of this process are reconstructed samples in the current frame CurrFrame.
…
3. For i = 0..(h-1), for j = 0..(w-1), the following applies:
<ul>
<li>The variable xx is set equal to flipLR ? ( w - j - 1 ) : j.</li>
<li>The variable yy is set equal to flipUD ? ( h - i - 1 ) : i.</li>
<li>CurrFrame[ plane ][ y + yy ][ x + xx ] is set equal to Clip1( CurrFrame[ plane ][ y + yy ][ x + xx ] + Residual[ i ][ j ] ).</li>
</ul>
<h2>7.11.2. Intra prediction process</h2>
<h3>7.11.2.1. General</h3>
…
The current frame is updated as follows:
<ul>
<li>CurrFrame[ plane ][ y + i ][ x + j ] is set equal to pred[ i ][ j ] for i = 0..h-1 and j = 0..w-1.</li>
</ul>
https://aomediacodec.github.io/av1-spec/av1-spec.pdf
</td></tr>
</table>

| Accused Products |
| --- |
| G6 pro bullet |
| G6 edge bullet |
| G6 bullet |
| G6 pro Dome |
| G6 edge Dome |
| G6 Dome |
| G6 Mini Dome |
| G6 pro 360 |
| G6 pro turret |
| G6 edge turret |
| G6 instant |
| G6 PTZ |